1633.   MILNE MANUFACTURING COMPANY *v.* COWART.

HILL, C. J. This case is controlled by the decision of this court in *Huntley Manufacturing Co.* v. *Nixon Grocery Co.*, ante, 46 (64 S. E. 279), and cases there cited.   *Judgment affirmed.*

Complaint, from city court of Miller county—Judge Bush. December 4, 1908.

Submitted February 25,—Decided June 15, 1909.

*P. D. Rich,* for plaintiff in error.   *W. I. Geer,* contra